**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:09cr21/MCR

JULIO ANTONIO LOPEZ

_____/

**ACCEPTANCE OF PLEA OF GUILTY**

      Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JULIO ANTONIO LOPEZ, to Count I of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

      **DONE and ORDERED** this 2nd day of March 2009.


                                                *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**